Submitted December 6, 2019, reversed January 15, 2020

In the Matter of E. G.,
a Person Alleged to have Mental Illness.
### STATE OF OREGON,
*Respondent,*

*v.*

### E. G.,
*Appellant.*

Clackamas County Circuit Court
19CC02304; A170981

456 P3d 383

Colleen F. Gilmartin, Judge pro tempore.

Jedediah Peterson and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

The trial court committed appellant to the custody of the Mental Health Division for a period not to exceed 180 days based on a determination that he was a danger to others and was unable to provide for his basic personal needs. ORS 426.005(1)(f)(A), (B). Appellant contends that the record does not contain clear and convincing evidence to support the court's conclusion that he is a danger to others or unable to provide for his basic personal needs. The state concedes that the record is legally insufficient in that regard and that the judgment of commitment should be reversed. We agree, accept the state's concession, and reverse the commitment order.

Reversed.